164 So.2d 354

**Mrs. Allene Hopwood DUREE, Individually and as the duly confirmed natural tutrix of her minor child, Diana Michele Duree,**

v.

**STATE of Louisiana, through the DEPARTMENT OF INSTITUTIONS.**

No. 47266.

May 27, 1964.

In re: State of Louisiana, through the Department of Institutions, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 201.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

■

164 So.2d 354

**Joseph A. ORY**

v.

**Theodore GRIFFIN.**

No. 47275.

May 27, 1964.

In re: Theodore Griffin applying for certiorari, or writ of review, to the Court of

Appeal, First Circuit, Parish of Tangipahoa. 162 So.2d 97.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

SUMMERS, J., is of the opinion the writ should be granted.